UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 07-05208-MMM(JWJx) | Date | October 15, 2008 |
|---|---|---|---|

| Title | Pollution Denim & Co. vs Pollution Clothing Co. |
|---|---|

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**   IN CHAMBERS - ORDER TO SHOW CAUSE

On October 15, 2008, a further telephone conference was schedule for 5:00 p.m. Counter-defendant Pro se Eyal Allen Dahan did not appear for the conference.

The court hereby issues an Order To Show Cause why Dahan's answer should not be stricken and default entered. A written response shall be filed within 10 days of the date of this order.