UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLLUTION DENIM & CO., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>POLLUTION CLOTHING CO., an Oklahoma Domestic Limited Liability Company; JORDAN SCOTT WUNDER, an individual; SPIRITUALI, INC., a California Corporation, individually and d/b/a SPIRITUALI KIDS; PLANET FUNK, business entity unknown; RYZEN-7, business entity unknown; NHR CONNECTION, business entity unknown; and DOES 1-10,<br><br>　　　　Defendants. | CASE NO. CV 07-05208 MMM (JWJx)<br><br>JUDGMENT FOR DEFENDANTS/COUNTERCLAIMANTS |

　　　　On August 10, 2007, Pollution Denim & Co. ("Pollution Denim") commenced this action against Pollution Clothing Co. ("Pollution Clothing"), Jordan Scott Wunder, Spirituali, Inc., Planet Funk, Ryzen-7, and NHR Connection. On January 7, 2008, Pollution Clothing and Wunder filed counterclaims against Pollution Denim, Cavalier Sportswear, Inc. ("Cavalier") and Eyal Allen Dahan. On August 28, 2008, the court struck Pollution Denim's complaint and Pollution Denim's and Cavalier's answers to the counterclaims, and directed the clerk to enter their defaults on the counterclaims. On November 17, 2008, the court granted Pollution Clothing's and Wunder's motion

for summary judgment on their counterclaims against Dahan.[1] On January 5, 2009, the court granted Pollution Clothing and Wunder's request for attorney's fees against Dahan. On February 9, 2009, the court granted Pollution Clothing's and Wunder's motion for default judgment against Pollution and Cavalier. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That Pollution Denim take nothing by way of its complaint;

2. That Pollution Denim, Cavalier and Dahan are enjoined from directly or indirectly infringing Pollution Clothing's and Wunder's rights in the trademark "Pollution Clothing";

3. That the United States Patent and Trademark Office is directed to cancel Pollution Denim's registration for the trademark "Skin Pollution," Registration No. 3,180,361;

4. That Pollution Clothing and Wunder by way of their counterclaims recover, jointly and severally, from Pollution Denim, Cavalier, and Dahan, $104,487.50 in attorneys' fees;

5. That Pollution Clothing and Wunder by way of their counterclaims recover an additional $105,122.50 in attorneys' fees from Pollution Denim only; and

6. That the award of attorneys' fees will bear post-judgment interest at an annual rate of 0.54% until paid.

DATED: February 9, 2009

                                    *Margaret M. Morrow*
                                    MARGARET M. MORROW
                                    UNITED STATES DISTRICT JUDGE

---

[1] On December 31, 2008, the court amended its order granting the motion for summary judgment.